**FILED**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**FEB 2 0 2020**

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CRIMINAL NO. 20-30032-NJR |
| vs. | ) Title 18, United States Code, |
| | ) Sections 1951, 924(c), 922(g)(1), and 924(d) |
| CHRISTOPHER L. EASTERLING, | ) Title 28, United States Code, |
| | ) Section 2461(c) |
| Defendant | ) |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT ONE

**INTERFERENCE WITH COMMERCE BY ROBBERY**

On or about September 15, 2019, in St. Clair County, Illinois, within the Southern District of Illinois,

**CHRISTOPHER L. EASTERLING,**

defendant herein, did attempt to obstruct, delay, and affect commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951 in that defendant attempted to unlawfully take and obtain property belonging to Walgreens from the presence of an employee at Walgreens against his will by means of actual and threatened force, violence and fear of injury, immediate and future, to his person.

At all times material to this Indictment, Walgreens, located at 2532 North Illinois Street, Swansea, Illinois was engaged in the sale of food, beverages, medications, and tobacco products in interstate commerce and an industry which affects interstate commerce.

All in violation of Title 18, United States Code, Section 1951.

## COUNT TWO

### CARRY AND USE OF A FIREARM DURING A CRIME OF VIOLENCE

On or about September 15, 2019, in St. Clair County, within the Southern District of Illinois,

**CHRISTOPHER L. EASTERLING,**

defendant herein, did knowingly use and carry a firearm, during and in relation to, and did knowingly possess in furtherance of, a crime of violence for which he may be prosecuted in a court of the United States, to wit: Interference with Commerce by Robbery as named and fully described in Count 1, in violation of Title 18, United States Code, Section 924(c)(1)(A).

During and in the course of the commission of this offense, the defendant herein did brandish a firearm, in violation of 18 U.S.C. 924(c)(1)(A)(ii).

## COUNT THREE

### FELON IN POSSESSION OF A FIREARM

On or about September 15, 2019, in St. Clair County, Illinois, within the Southern District of Illinois,

**CHRISTOPHER L. EASTERLING,**

defendant herein, knowing that he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, that is; a RG Industries model RG 14 .22LR revolver bearing serial number L582036, and the firearm was in and affecting commerce, all in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

The allegations contained above are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of the above offense in violation of Title 18, United States Code, Section 922(g)(1), the defendant,

**CHRISTOPHER L. EASTERLING,**

shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved or used in the knowing commission of the offense, including, but not limited to a RG Industries model RG 14 .22LR revolver bearing serial number L582036, and all ammunition possessed therewith; all pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

LAURA V. REPPERT
Assistant United States Attorney

STEVEN D. WEINHOEFT
United States Attorney

Recommended Bond: DETENTION